UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DENELY ANN BODKIN,**

    **Plaintiff,**

**v.**                                                        **Case No.  8:05-cv-1635-T-30TBM**

**MIAMI SPRINGS PROBATIONS**
**OFFICE, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant Dade County Police Department's Motion to Dismiss and Supporting Memorandum of Law (Dkt. 25).  As Plaintiff failed to file a response to said Motion, this Court is considering the Motion without a response.  Upon review and consideration of said Motion, this Court finds that the Motion should be **GRANTED**.  Dade County Police Department is not *sui juris* and therefore cannot be sued.  See Wakefield v. City of Miami-Dade, 2005 WL 2891775 at 1 (11th Cir. 2005) (citing Masson v. Miami-Dade County, 738 So.2d 431, 432 (Fla. Dist. Ct. App. 1999)).

Accordingly, it is therefore ORDERED AND ADJUDGED that:

1. Defendant Dade County Police Department's Motion to Dismiss and Supporting Memorandum of Law (Dkt. 25) is **GRANTED**.

2. Dade County Police Department is **DISMISSED WITH PREJUDICE** as a party to this action.

3. All pending motions against Dade County Police Department are hereby denied.

**DONE** and **ORDERED** in Tampa, Florida on June 2, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1635 - Motion to Dismiss - Municipality.frm