**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DENELY ANN BODKIN,**

    **Plaintiff,**

v.                                                            CASE NO:  8:05-CV-1635-T-30TBM

**JOHN WILLIAMSON, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE came before the Court for hearing on March 1, 2007, upon Defendant John Williamson's Motion to Dismiss Amended Complaint for Section 1983 Civil Rights Violation (Dkt. #44).  After hearing oral argument of the pro se Plaintiff and counsel for the Defendant, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant John Williamson's Motion to Dismiss Amended Complaint for Section 1983 Civil Rights Violation (Dkt. #44) is GRANTED.

2. The Amended Complaint (Dkt. #43) is DISMISSED.

3. Plaintiff has thirty (30) days from the date of this Order in which to file a Second Amended Complaint, if she chooses to do so.

4. If a Second Amended Complaint is not timely filed, this case will be dismissed without further notice to the parties.

**DONE** and **ORDERED** in Tampa, Florida on March 2, 2007.

                                                                 JAMES S. MOODY, JR.
                                                                 UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

                                                                   *F:\Docs\2005\05-cv-1635.dismissal.wpd*